ACCEPTED
01-15-00483-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 12:15:43 PM
CHRISTOPHER PRINE
CLERK

# Allen C. Isbell

**Attorney at Law**

BOARD CERTIFIED CRIMINAL LAW
BOARD CERTIFIED CRIMINAL APPELLATE LAW
COLLEGE OF THE STATE BAR, MEMBER

2016 MAIN ST., SUITE 110
HOUSTON, TEXAS 77002
(713)236-1000
FAX (713)236-1809

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 12:15:43 PM
CHRISTOPHER A. PRINE
Clerk

December 18, 2015

Clerk,
First Court of Appeals
301 Fannin
Houston, Texas 77002

> **Re: No(s). 01-15-00483-CR; WILLIE McDOWELL vs. The State of Texas; Trial Court No(s). 1439664;**

Dear Sir/Madame:

Please be advised that after careful review of the record, I will not be filing a Supplemental Brief in the above mentioned matter.

I am sending a true and correct copy of this letter to the District Attorney's Office, Appellate Division, and to Mr. Willie McDowell, appellant.

Please acknowledge receipt of this letter and advise time and date for filing.

If you have any questions, please call.

Very truly yours,

*/s/ Allen C. Isbell*
Allen C. Isbell

ACI/mr